# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI ESTRADA-MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>Defendant. | CASE NO. 5:23-cv-00306-JLS-SP<br><br>**JUDGMENT OF DISMISSAL** |

1    In accordance with the Court's Order dismissing this action for lack of prosecution,
2 a JUDGMENT OF DISMISSAL is hereby entered.

4 DATED: October 13, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE